UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC | § § § | |
| v. | § § | CIVIL NO. 4:24-CV-623-SDJ |
| AT&T INC., ET AL. | § § | |

## **ORDER**

The Court has received the parties' Joint Status Report and Motion to Further Stay all Deadlines. (Dkt. #70). After full consideration, the motion is **GRANTED**.

It is therefore **ORDERED** that the parties' deadline to file with the Court all papers necessary for the closing of this case and its removal from the active docket of the Court is extended up to and including **December 19, 2025**. If such papers are not received by the Court by the scheduled deadline, the parties must file a joint report by **December 23, 2025**, concerning the status of settlement.

**So ORDERED and SIGNED this 21st day of November, 2025.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE