# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| MORRIS ROUTING TECHNOLOGIES, LLC<br><br>*Plaintiff*,<br><br>v.<br><br>AT&T ENTERPRISES LLC, AT&T MOBILITY LLC, AT&T MOBILITY LLC II, and AT&T SERVICES, INC.<br><br>*Defendants*. | Civil Action No. 4:24-623-SDJ<br><br>JURY TRIAL DEMANDED |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Morris Routing Technologies, LLC ("Plaintiff") and Defendants AT&T Enterprises LLC, AT&T Mobility LLC, AT&T Mobility LLC II, and AT&T Services ("AT&T") have resolved Plaintiff's claims for relief against AT&T and AT&T's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and AT&T, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against AT&T with prejudice and AT&T's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

| | |
|---|---|
| Dated: December 19, 2025 | Respectfully submitted, |

*/s/Timothy S. Durst*  
Timothy S. Durst, Bar No. 00786924  
tdurst@omm.com  
John Kappos, Bar No. 24130097  
jkappos@omm.com  
Jeffery Baxter, Bar No. 24006816  
jbaxter@omm.com  
**O'MELVENY & MYERS LLP**  
2801 North Harwood Street, Suite 1600  
Dallas, TX 75201-2692  
Telephone: 972-360-1900  
Facsimile: 972-360-1901  

Brett J. Williamson, (*pro hac vice* forthcoming)  
bwilliamson@omm.com  
Cameron W. Westin (*pro hac vice* forthcoming)  
cwestin@omm.com  
**O'MELVENY & MYERS LLP**  
610 Newport Center Drive, 17th Floor Newport Beach, CA 92660 Telephone: 949-823-6900  
Facsimile: 949-823-6994  

*Attorneys for Defendants*  
*AT&T Enterprises, LLC, AT&T Mobility LLC,*  
*AT&T Mobility LLC II, and AT&T Services, Inc*

*/s/Derek Dahlgren*  
Timothy Devlin  
tdevlin@devlinlawfirm.com  
Derek Dahlgren (*Pro Hac Vice*)  
ddahlgren@devlinlawfirm.com  
Leland Marcus (TSB #24139764)  
lmarcus@devlinlawfirm.com  
Andrew J. Sherman  
asherman@devlinlawfirm.com  
1526 Gilpin Avenue  
Wilmington, Delaware 19806  
Telephone: (302) 449-9010  
Facsimile:  (302) 353-4251  

*Attorneys for Plaintiff*  
*Morris Routing Technologies, LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel complied with the meet and confer requirement in Local Rule CV-7(i) and this motion is unopposed.

*/s/Derek Dahlgren*
Derek Dahlgren

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2025, a true and correct copy of the foregoing document was served on all attorneys of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/Derek Dahlgren*
Derek Dahlgren